# David M. Barshay, Esq.

100 GARDEN CITY PLAZA, SUITE 500
GARDEN CITY, NEW YORK 11530
T: 516-203-7600
F: 516-706-5055

March 13, 2017

*Via ECF*
Hon. Leonard D. Wexler
U.S. District Court, Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

      Re:    *Government Employees Insurance Co, et al. v. Rockville Centre Diagnostic Imaging, P.C., et al.*
             Docket No: 1:17-cv-00734-LDW-SIL

Dear Judge Wexler:

      This office was just retained by Defendants Daniel Schlusselberg, M.D. and Rockville Centre Diagnostic Imaging, P.C. (collectively "Defendants") herein, and I write to respectfully request an extension of the time period to move or otherwise respond to the complaint filed herein up to and including April 13, 2017. Due to our recent retention, we will need this additional time to review and investigate Plaintiffs' allegations consistent with our obligations under Rule 11.

      No prior request for an enlargement of time has been made by Defendants. We immediately reached out to Plaintiffs' counsel for their consent upon our retention and we are waiting for opposing counsel's response.

      Thank You for Your consideration of this request.

                              Respectfully submitted,

                              /s *David M. Barshay*
                              David M. Barshay

cc:  All parties via ECF system