UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOVERNMENT EMPLOYEES INSURANCE CO., GEICO INDEMNITY CO., GEICO GENERAL INSURANCE COMPANY and GEICO CASUALTY CO., <br><br> Plaintiffs, <br><br> -against- <br><br> ROCKVILLE CENTRE DIAGNOSTIC IMAGING, P.C., DANIEL SCHLUSSELBERG, M.D., SETH LEIST, and JOHN DOE DEFENDANTS 1-10, <br> Defendants. | Docket No: 1:17-cv-00734-LDW-SIL <br><br> **STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO ANSWER COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned attorneys for Plaintiffs and Defendants ROCKVILLE CENTRE DIAGNOSTIC IMAGING, P.C. and DANIEL SCHLUSSELBERG. M.D., (collectively "Defendants") that the time within which Defendants may respond to the Complaint is hereby extended up to and including May 15, 2017.

Defendants waive service of the Complaint and acknowledge the Court's personal jurisdiction over the Defendants.

This is the second extension of Defendants' time to respond.  The parties have had preliminary discussions about resolving this matter and the additional time sought herein will enable those discussions to continue, conserving the resources of both the parties and the Court.

[INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| **RIVKIN RADLER** | **DAVID M. BARSHAY, ESQ.** |
| By: /s *Barry I. Levy* | By: /s *David M. Barshay* |
| Barry I. Levy, Esquire | David M. Barshay, Esquire |
| 926 RXR Plaza | 100 Garden City Plaza, Suite 500 |
| Uniondale, New York 11556 | Garden City, New York 11530 |
| Tel. (516) 357-3000 | Tel. (516) 203-7600 |
| Email: Barry.Levy@rivkin.com | Email:*dbarshay@BarshayLaw.com* |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED:

_____
Honorable Steven I. Locke
United States Magistrate Judge